IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD HERNANDEZ,

    Petitioner,                               No. CIV S-09-2264 MCE GGH P

    vs.

J. HARTLEY,

    Respondent.                             ORDER

/

        On August 17, 2009, petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 15, 2009, the magistrate judge dismissed the application for writ of habeas corpus with leave to file an amended petition. The magistrate judge noted that petitioner appeared to be challenging general procedures used by the Board of Parole Hearings, but petitioner did not allege that he had been denied parole. Petitioner was advised that he should indicate a specific Board of Parole Hearings denial or perhaps a § 1983 action requesting relief regarding the circumstances of confinement may be more appropriate. Petitioner filed a motion for reconsideration on October 7, 2009, (Doc. 10).

///

1

1  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld
2 unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that
3 it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.
4  Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
5 magistrate judge filed September 15, 2009, is affirmed.

Dated: October 21, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE